508 A.2d 549

**COMMONWEALTH of Pennsylvania**

v.

**Dwight Cameron JOHNSTON, Petitioner.**

Supreme Court of Pennsylvania.

May 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 39 W.D. Appeal Docket 1986.

508 A.2d 549

**Robert SCULLION and Janet Scullion, his wife, Petitioners,**

v.

**ST. FRANCIS GENERAL HOSPITAL, a corporation, and J.W. Loftis, M.D.**

Supreme Court of Pennsylvania.

May 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 40 W.D. Appeal Docket 1986.